UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **DRESSEL, RICHARD & ROXANN**

Chapter 13 Case No. **04-42163**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED 10 JAN 28 AM 9: 37
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| AFNI-ANDERSON FNANCIAL NETWORK<br>404 ROCK DR<br>BLOOMINGTON, IL 61701 | 15 | $142.15 | $142.15 |

**TOTAL TO CLERK'S FUND**                                                                $142.15

**January 25, 2010**                                          /s/ Kyle L Carlson
DATE                                                          TRUSTEE